JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GUTTI, | Case No. CV 17-585 DSF (JPRx) |
| Plaintiff, | |
| v. | JUDGMENT |
| BEEPI, INC., | |
| Defendant. | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 6/22/17

DALE S. FISCHER
United States District Judge